**FLEMING COMPANIES, INC.,**
**Plaintiff–Appellant,**

v.

**DEPARTMENT OF AGRICULTURE,**
**Defendant–Appellee.**

**No. 04–40802.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 1, 2006.

Clyde Moody Siebman, Siebman, Reynolds & Burg Federal Courthouse Square, Sherman, TX, Jeffrey R. Miller, Timothy D. Elliott, Kirkland & Ellis, Chicago, IL, Eric Cristen Liebeler, Kirkland & Ellis, Los Angeles, CA, for Plaintiff–Appellant.

Mark Bernard Stern, Sharon Swingle, U.S. Department of Justice Civil Division, Washington, DC, for Defendant–Appellee.

Before SMITH, DENNIS, and PRADO, Circuit Judges.

EDWARD C. PRADO, Circuit Judge:*

In this appeal, Plaintiff–Appellant Fleming Companies, Inc. challenges the "Batter–Coating Rule,"[1] a regulation promulgated by the U.S. Department of Agriculture ("USDA") pursuant to the Perishable Agricultural Commodities Act ("PACA"),[2] on two grounds: first, that the rule is invalid pursuant to *Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc.;*[3] second, that the USDA's deci-

---

\* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

**1.** 7 C.F.R. § 46.2(u) (2005).

**2.** 7 U.S.C. § 499a-s (1996).

**3.** 467 U.S. 837, 104 S.Ct. 2778, 81 L.Ed.2d 694 (1984).

sion-making with regard to the Batter–Coating Rule was "arbitrary and capricious" in violation of the Administrative Procedures Act ("APA").[4]  Essentially for the reasons articulated by the district court in its comprehensive opinion on motions for summary judgment, *Fleming Companies, Inc. v. U.S. Department of Agriculture*, 322 F.Supp.2d 744 (E.D.Tex. 2004), we AFFIRM.

---

4.  5 U.S.C. § 706(2)(A) (1996).

